

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2016

No. 04-16-00519-CV

Loren **BREWER**,
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION**, Schlumberger N.V., and Jose
Salazar Jr.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-09-53692-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

On August 12, 2016, appellant filed a notice of appeal from the trial court's May 12, 2016 judgment. The clerk's record was due September 9, 2016, one hundred and twenty days after the judgment was signed. *See* TEX. R. APP. P. 35.1(a). On September 2, 2016, the District Clerk of Jim Wells County filed a notification stating the clerk's record would not be filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to appeal without paying the fee. On September 7, 2016, we ordered appellant to provide written proof to this court on or before September 19, 2016, that either: (1) the clerk's fee has been paid or arrangements had been made to pay the clerk's fee; or (2) he is entitled to appeal without paying the clerk's fee. We cautioned appellant that if he failed to respond within the time provided, his appeal would be dismissed for want of prosecution. *See id.* R. 37.3(b). Appellant did not file a response, and our clerk's office contacted the Jim Wells County clerk's office and was advised no payment had been received. Accordingly, on September 28, 2016, we rendered an opinion and judgment dismissing the appeal for want of prosecution.

On September 30, 2016, appellant filed a motion to reinstate, which we interpret as a motion for rehearing asking this court to reinstate the appeal. In the motion, appellant explained that when appellant's counsel received this court's notice that the reporter's record had been filed, he misread the notice as stating that the clerk's record had been filed. We requested that appellees filed a response to appellant's motion, which they did on October 19, 2016.

After reviewing the motion and the response, we: (1) **GRANT** appellant's motion for rehearing; (2) **ORDER** our opinion and judgment of September 28, 2016 withdrawn, and (3) **ORDER** the appeal reinstated on this court's docket. Both the reporter's record and the clerk's record have been filed. Accordingly, appellant's brief is now due. We therefore further **ORDER** appellant to file appellant's brief in this court on or before **December 5, 2016**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court